June 05, 2009

Mr. Gary M. Bellair
Craig Terrill Hale & Grantham, L.L.P.
P. O. Box 1979
Lubbock, TX 79408-1979

Mr. Michael L. Byrd
Byrd & Associates
7816 Orlando Avenue
Lubbock, TX 79423
Mr. James Hoytt Wood
Wood Law Firm, L.L.P.
P.O. Box 1680
Amarillo, TX 79105

RE: Case Number: 08-0043
 Court of Appeals Number: 07-06-00215-CV
 Trial Court Number: B33499-0406

Style: TIMPTE INDUSTRIES, INC. AND TIMPTE INC.
 v.
 ROBERT GISH AND PINNACOL ASSURANCE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp|
| | |
| |Ms. Carla |
| |Cannon |